### UNITED STATES of America, Plaintiff—Appellee,

v.

### Sergio MARTINEZ–FLORES, Defendant—Appellant.

No. 08–10297.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2009.*

Filed March 31, 2009.

Robert A. Bork, Esquire, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff-Appellee.

Rene Valladares, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

### MEMORANDUM **

Sergio Martinez–Flores appeals from the 46–month sentence imposed following his guilty-plea conviction for being a deported alien found unlawfully in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Martinez–Flores contends that the sentence is unreasonable because the district court failed to properly weigh some of the factors set forth in 18 U.S.C. § 3553(a) and improperly imposed a sentence within the applicable Sentencing Guidelines range. These contentions fail. *See Gall v. United States*, 552 U.S. 38, 128 S.Ct. 586, 600–02, 169 L.Ed.2d 445 (2007); *see also United States v. Booker*, 543 U.S. 220, 260–63, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

**AFFIRMED.**

ed by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.